FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2021

No. 04-20-00356-CR

John Stewart **MUELLER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-19-0000009
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
             Patricia O. Alvarez, Justice
             Beth Watkins, Justice

On August 4, 2021, the court ordered this appeal abated and remanded for appointment of new counsel for appellant John Stewart Mueller. On August 5, 2021, the trial court appointed Patrick Maguire as appellant's attorney. We therefore **ORDER** appellant to file his brief **by November 5, 2021**. The State's brief will be due 30 days after appellant files his brief.

It is so **ORDERED** October 6, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT